UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ELIZABETH CLARK, CAROL CLEM, LINDA       :
CONOVER, GLORIA CORONADO, GLYN           :
COTTON, NONA CRAWFORD-ROBINSON,          :
MELINDA CURRIE, ADALINA DELOS            :
REYES, MAURNA DEVANE, GRACE              :
DILLON, BETTY DONOVAN, RUTH A.           :
EDELEN, CALTON EDWARDS, VICKIE           :
EFFERSON, DOROTHY EMERY, MARY            :
FARMER, MARJORIE FEASTER, LISA           :
FORBES, SHARON FOUNTAIN, PATRICIA        :
FREEMAN,                                 :
                                         :
        Plaintiffs.                      :   Civil Action
v.                                       :   No. 04-11389-GAO
                                         :
INDEVUS PHARMACEUTICALS, INC., F/K/A     :
INTERNEURON PHARMACEUTICALS, INC.;       :
WYETH, INC., F/K/A AMERICAN HOME         :
PRODUCTS CORPORATION; WYETH              :
PHARMACEUTICALS, INC F/K/A WYETH-        :
AYERST PHARMACEUTICALS, INC., A          :
DIVISION OF AMERICAN HOME PRODUCTS       :
CORPORATION; AND BOEHRINGER              :
INGELHEIM PHARMACEUTICALS, INC.,         :
                                         :
        Defendants.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 8, 2004  
      Boston, Massachusetts

Of Counsel:  
Barbara Wrubel  
Katherine Armstrong  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000

Respectfully submitted,

/s/Matthew J. Matule  
Matthew J. Matule (BBO #632075)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Counsel for Defendant  
  Boehringer Ingelheim Pharmaceuticals, Inc