UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Elizabeth Clark, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>Indevus Pharmaceuticals, Inc., et al.<br><br>    Defendants. | CIVIL ACTION<br>NO. 04-11389 GAO |

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Certified Copies of Middlesex Superior Court docket and pleadings.

The original documents are maintained in the case file in the Clerk's Office.


Dated: July 9, 2004                     /s/ Janice W. Howe
                                                                    William A. McCormack  BBO #329580
                                                                    Janice W. Howe BBO #242190
                                                                    David Yamin BBO #562216
                                                                    Bingham McCutchen LLP
                                                                    150 Federal Street
                                                                    Boston, MA  02110
                                                                    (617) 951-8000
                                                                    *Counsel for Defendants Wyeth and*
                                                                    *Wyeth Pharmaceuticals, Inc.*