UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| ELIZABETH CLARK, CAROL CLEM, LINDA CONOVER, GLORIA CORONADO, GLYN COTTON, NONA CRAWFORD-ROBINSON, MELINDA CURRIE, ADALINA DELOS REYES, MAURNA DEVANE, GRACE DILLON, BETTY DONOVAN, RUTH A. EDELEN, CALTON EDWARDS, VICKIE EFFERSON, DOROTHY EMERY, MARY FARMER, MARJORIE FEASTER, LISA FORBES, SHARON FOUNTAIN, PATRICIA FREEMAN, | |
| Plaintiffs, | Civil Action |
| v. | No. 04-11389-GAO |
| INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | |
| Defendants. | |

## **NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated: September 2, 2004<br>       Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |